UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RICHARD EIDSON,<br><br>            Plaintiff,<br><br>    v.<br><br>MEDTRONIC, INC., et al.,<br><br>            Defendants. | Case No.: 13-CV-02049-LHK<br>Related Case No: 13-CV-01502-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Khaldoun Baghdadi
Defendants' Attorney: Michael Brown

A case management conference was held on March 11, 2015. A further case management conference is set for April 8, 2015, at 2:00 p.m. The parties shall file their joint case management statement by April 1, 2015.

The parties shall file a stipulation of dismissal without prejudice with a tolling agreement by March 20, 2015. The stipulation shall provide that the Court will retain jurisdiction to enforce the terms of the settlement agreement.

The parties shall file a stipulation of dismissal with prejudice by June 15, 2015.

All case deadlines remain as set.

**IT IS SO ORDERED.**

Dated: March 11, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2