LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
SARA M. PETERS (State Bar #260610)
speters@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EIDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEDTRONIC, INC; MEDTRONIC SOFAMOR DANEK USA, INC.,<br><br>　　　　　Defendants. | Case No. CV 13 2049 YGR<br><br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Having Considered the Stipulation of the Parties, the Court hereby Orders as follows:

1.　　This action shall be dismissed without prejudice.

2.　　The Court shall retain jurisdiction to enforce the terms of the settlement.

3.　　Should plaintiff re-file this action, the parties agree that any applicable statute of limitations shall be tolled, and governed by the date of the filing of the initial complaint in this action (May 6, 2013).　　The Clerk shall close the file.

IT IS SO ORDERED.

Dated: March 17, 2015

　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE LUCY KOH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE